1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (SBN 111536)
2  GIA L. CINCONE (SBN 141668)
   RYAN BRICKER (SBN 269100)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email: ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com,
   rbricker@kilpatricktownsend.com
6
   Attorneys for Plaintiff and Counterdefendant
7  LEVI STRAUSS & CO.

**GRANTED**
Judge Edward J. Davila

The Clerk shall close this file.
1/4/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO.,                  | Case No. 14-cv-4870-EJD        |
|---|---|
| Plaintiff and Counterdefendant,      | **STIPULATION OF DISMISSAL**   |
| v.                                   |                                |
| MILLER INTERNATIONAL, INC.,          |                                |
| Defendant and Counterclaimant.       |                                |

The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed.  Each party shall bear its own costs and attorneys' fees.


DATED: December 17, 2015          Respectfully submitted,

                                  By:  */s/ Gia L. Cincone*
                                       Gia L. Cincone
                                       KILPATRICK TOWNSEND & STOCKTON LLP
                                       Attorneys for Plaintiff -Counterdefendant
                                       LEVI STRAUSS & CO.

| | | |
|---|---|---|
| 1 | DATED: December 17, 2015 | By: */s/ Robert R. Brunelli*<br>Robert R. Brunelli<br>SHERIDAN ROSS P.C.<br>Attorneys for Defendant -Counterclaimant<br>MILLER INTERNATIONAL, INC. |

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel indicated by a "conformed" signature within this e-filed document.

*/s/ Gia L. Cincone*
Gia L. Cincone